AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

DIANE MORRIS and GEOFFREY MORRIS

V.

BLUE CROSS & BLUE SHIELD
OF RHODE ISLAND, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA06-52T

TO: (Name and address of Defendant)

AS AGENT FOR SERVICE OF BLUE CROSS & BLUE SHIELD OF RHODE ISLAND, INC.
MICHELE B. LEDERBERG
444 WESTMINSTER STREET
PROVIDENCE, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. MCKIERNAN, ESQUIRE
MCKIERNAN THOMPSON & MILLEA
243 NORTH MAIN STREET
PROVIDENCE, RI 02903

an answer to the complaint which is served on you with this summons, within TWENTY (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Sweenf Baldwell

**CLERK**

2/24/06

**DATE**

**(By) DEPUTY CLERK**

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/6/06 |
| NAME OF SERVER *(PRINT)* Carl Franklin | TITLE D-I-P |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): c/o A/F/S Michael B Ledonbey 444 Westminster St Prov RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/6/06
Date

[signature]
*Signature of Server*

P.O. Box 5764
*Address of Server*
Prov RI 02903

M. Capaldi
M. Capaldi
Legal Dept
4/6/06

DISTRICT OF RHODE ISLAND
DISTRICT COURT
2006 APR 12 A 9:40
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.