**UNITED STATES DISTRICT COURT**
**FEDERAL DISTRICT OF RHODE ISLAND**

**DIANE MORRIS AND**
**GEOFFREY MORRIS,**
**Plaintiffs**

**v.** **C.A. No. 06-52T**

**BLUE CROSS & BLUE SHIELD**
**OF RHODE ISLAND,**
**Defendant.**

**ENTRY OF APPEARANCE**

Maurene Souza hereby enters her appearance on behalf of Blue Cross & Blue Shield of Rhode Island in the above captioned matter.

Maurene Souza
Law Offices of Maurene Souza
50 South Main Street
Providence, RI 02903
Tel: (401) 277-9822
Fax: (401) 277-9820

**CERTIFICATION OF SERVICE**

I hereby certify that on the 12th day of April, 2006 I forwarded a copy of the within to Daniel P. McKiernan, Esquire, 243 North Main Street, Providence, RI 02903.