**UNITED STATES DISTRICT COURT**
**FEDERAL DISTRICT OF RHODE ISLAND**

**DIANE MORRIS AND**
**GEOFFREY MORRIS,**
**Plaintiffs**

**v.** **C.A. No. 06-52T**

**BLUE CROSS & BLUE SHIELD**
**OF RHODE ISLAND,**
**Defendant.**

**STIPULATION**

The parties stipulate that Defendant shall have up to and including May 27, 2006 to serve a response to Plaintiffs' Complaint.

Daniel P. McKiernan

For Plaintiffs,
Daniel P. McKiernan, Esq. #4705
243 North Main Street
Providence, RI 02903
401-223-1400
Date: 4/25/06

Maurene Souza

For Defendant,
Mauréne Souza, Esq. #6555
50 South Main Street
Providence, RI 02903
401-277-9822
Date: 4/21/06

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE 5/5/06