**UNITED STATES DISTRICT COURT**
**FEDERAL DISTRICT OF RHODE ISLAND**

**DIANE MORRIS AND**
**GEOFFREY MORRIS,**
**Plaintiffs,**

**v.** **C.A. No. 06-52T**

**BLUE CROSS & BLUE SHIELD**
**OF RHODE ISLAND,**
**Defendant.**

**DEFENDANT BLUE CROSS & BLUE SHIELD OF RHODE ISLAND'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Defendant, Blue Cross and Blue Shield of Rhode Island moves this Court to compel Plaintiff Geoffrey Morris to produce documents in response to Defendant's Request for Production propounded on July 6, 2006, in accordance with the provisions of Rule 37(a) of the Federal Court Rules of Civil Procedure. Defendant seeks a ten (20) day order for compliance.

**RULE 37 CERTIFICATION**

I hereby certify that a letter was sent on August 29, 2006 in good faith to the party failing to make this discovery in an effort to secure the discovery without Court action.

/s/ Maurene Souza

**CERTIFICATION OF SERVICE**

I hereby certify that I mailed a true copy of the within by U.S. Mail, postage prepaid, to Daniel P. McKiernan, Esquire, 243 North Main Street, Providence, RI 02903 on the 8th day of September, 2006.

/s/ Maurene Souza