DPM 05-295

UNITED STATES DISTRICT COURT
FEDERAL DISTRICT OF RHODE ISLAND

DIANNE MORRIS and GOEFFREY MORRIS :
:
VS. : C.A. No.: 06-52T
:
BLUE CROSS & BLUE SHIELD :
OF RHODE ISLAND, INC. :

Now come plaintiffs, Dianne Morris and Geoffrey Morris, and pursuant to Rule 15 of the Federal Rules of Civil Procedure, hereby move this Court for leave to amend their Complaint in the manner and form of Exhibit A, attached hereto. As grounds for the motion to amend, plaintiffs state that their Amended Complaint more particularly pleads their theory of relief under the Employee Retirement Income Security Act of 1974 ("ERISA”). Allegations relating to the facts of this case remain unchanged. Plaintiffs also remove their demand for a jury trial and make minor punctuation changes.

Plaintiff, Diane Morris,
By her Attorneys,

***McKiernan Thompson & Millea***

/s/ Daniel P. McKiernan

Daniel P. McKiernan, Esquire (#4705)
243 North Main Street
Providence, RI 02903
(401) 223-1400
(401) 223-1401 (fax)

CERTIFICATION

I hereby certify that an exact copy of the within document was electronically submitted to the Electronic Case system of the United States District Court for its distribution to all counsel of record in the the copy was mailed via U.S. mail to Maurene Souza this 5th day of October, 2006.

Maurene Souza
Law Offices of Maurene Souza
50 South Main Street
Providence, RI 02903

/s/ Daniel P. McKiernan

Daniel P. McKiernan, Esquire (#4705)
243 North Main Street
Providence, RI 02903
(401) 223-1400
(401) 223-1401 (fax)
[email: dmckiernan@mtmlaw.us]