UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

DIANE MORRIS and
GOEFFREY MORRIS

v.

CA No. 06-52-T ~~07-015~~

BLUE CROSS & BLUE SHIELD OF
RHODE ISLAND, INC.

### ORDER OF RECUSAL

I hereby recuse myself from participation in this litigation.

By Order:

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Senior U.S. District Judge

Date: 2/14/07