UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

DIANE MORRIS and
GOEFFREY MORRIS

v.

06-52
CA No. ~~07-015~~-T

BLUE CROSS & BLUE SHIELD OF
RHODE ISLAND, INC.

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge

Date: 2/14/07