**UNITED STATES DISTRICT COURT**
**FEDERAL DISTRICT OF RHODE ISLAND**

**DIANE MORRIS AND**
**GEOFFREY MORRIS,**
**Plaintiffs**

**v.** **C.A. No. 06-52T**

**BLUE CROSS & BLUE SHIELD**
**OF RHODE ISLAND,**
**Defendant.**

**STIPULATION OF DISMISSAL**

*In the above-entitled cause, it is agreed that the following entry be made:*

The parties stipulate that the matter shall be dismissed without prejudice, costs or expenses.

For Plaintiffs,
/s/ Daniel P. McKiernan, Esq. #4705
243 North Main Street
Providence, RI 02903
401-223-1400
Date: 2/28/07

For Defendant,
/s/ Maurene Souza, Esq. #6555
50 South Main Street
Providence, RI 02903
401-277-9822
Date: 2/28/07